# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED
MAR - 3 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

Alice B. Davis

**Plaintiff(s),**

v.  Civil NO: 03:08-CV-37

PNGI Charles Town Gaming, LLC d/b/a
Charles Town Races & Slots

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Philip A. Yampolsky, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 3-1-2008

_____
United States District Judge